MARTIN
[NeoAmerican]

U.S. DIST.
COURT MA

16mc91182

MOTION FOR ORDER

I am not insane. I can't believe it myself. However, when you think about it, it makes perfect sense.

The system is working to destroy me. It has taken everything from me. It won't allow me to gainfully work. It gives me nothing. My rightful spot stolen.

I have civil cases at various state courts in the region. I have requested electronic filing. They have refused.

(1 of 2)

I very respectfully request that you order MA Courts to ~~forward~~ all my civil cases to This Court.

I very respectfully request that you allow me to initiate electronically an en bloc removal.

I request this so that My Rights to Due Process does not continue to be violated in these matters.

I declare under the penalties & pains of perjury. Executed June 3rd, 2016,

X Richard Martin
RICHARD B. MARTIN JR.
39 KINGSTON ST.
BOSTON, MA 02111
(2 of 2)

GOD BLESS AMERICA